**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

SHAWN MCCRACKEN,

                Respondent

              v.

STEVEN TRAYLOR AND BUFFIE
TRAYLOR,

                Petitioners

: No. 3 WAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.